# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D22-2207
5D23-2673
LT Case No. 2015-CA-002958

_____

MINERVA WIEGOLD as PERSONAL
REPRESENTATIVE of the ESTATE
of DAVID ARTHUR WIEGOLD,
DECEASED, and on behalf of the
STATUTORY SURVIVING SPOUSE,
MINERVA WIEGOLD,

      Appellants,

      v.

ORLANDO HEALTH, INC. D/B/A
SOUTH SEMINOLE HOSPITAL,
JAYANT RANAWAT, M.D.,
ASSOCIATED HEALTH CARE
MANAGEMENT, INC. D/B/A
ASSOCIATED FAMILY MEDICINE
GROUP,

      Appellees.

_____

On appeal from the Circuit Court for Seminole County.
Michael J. Rudsill, Judge.

Christopher V. Carlyle, The Carlyle Appellate Law Firm, and
Alan J. Landerman, Colling Gilbert Wright, PLLC, Orlando, for
Appellants.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellee, Orlando Health, Inc. d/b/a South Seminole Hospital.

Dinah S. Stein, Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for Appellees, Jayant Ranawat, M.D., and Associated Health Care Management, Inc. d/b/a Associated Family Medicine Group.

October 31, 2023

PER CURIAM.

AFFIRMED.

MAKAR, JAY, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____